In the Matter of the Claim of W. OGDEN JOHNSON, Respondent, against ALLEY, JOHNSON & COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD,

Respondent.— Award reversed and claim dismissed. Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of LETITIA BRINEY, Respondent, against KNICKERBOCKER FIREPROOFING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.